UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BILL AYALA,

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: __6/18/2026__ | |

                                        *Plaintiff,*            Case No. 26-CV-2433

                  -against-
                                                        **ORDER OF DISMISSAL**

CABLE COMMUNICATIONS, LLC, SAFE ROAD
SOLUTIONS INCORPORATED, JAMES TELESCO,
MELANIE TELESCO nee CORDERO, and NEIL
TOMASETTI

                                        *Defendants*.
------------------------------------------------------------------------X

Upon Plaintiff's Motion to Approve Settlement Agreement dated June 10, 2026 (ECF No. 16) and the exhibits annexed thereto, it is hereby

**ORDERED** that Plaintiff's individual claims are hereby dismissed with prejudiced pursuant to Federal Rule of Civil Procedure 41, consistent with the terms of the Parties' Negotiated Settlement Agreement & Release (the "Agreement"). (ECF No. 16.1).

**IT IS FUTHER ORDERED** that any and all claims asserted on behalf of any proposed or putative class or collective, are dismissed without prejudice. This dismissal is entered prior to any class or collective certification, appointment of any class representative, or approval of any class or collective settlement, and as such dismissal of putative class or collective claims shall have no binding or preclusive effect on any putative class or collective member's right to pursue individual, class, and/or collective claims.

**IT IS FURTHER ORDERED** the Agreement is approved and that this Court shall retain jurisdiction over this action to the extent needed to enforce the terms of the Agreement.

**IT IS FURTHER ORDERED** the Clerk of Court is respectfully directed to close this case and terminate the motion at ECF No. 16.

SO ORDERED:

**Dated:** June 18, 2026
        White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL AYALA, | : |
| | : |
| *Plaintiff* | : Dkt No. 26-cv-2433 |
| | : |
| -against- | : |
| | : |
| CABLE COMMUNICATIONS, LLC, SAFE ROAD | : |
| SOLUTIONS INCORPORATED, JAMES TELESCO, | : |
| MELANIE TELESCO nee CORDERO, and NEIL | : |
| TOMASETTI, | : |
| *Defendants* | : |

## DECLARATION OF ZACHARY NAIDICH

Plaintiff, by and through undersigned counsel, hereby agrees to voluntarily discontinue the

class and collective action claims asserted in the above captioned action, pursuant to the terms set

forth in the previously filed Negotiated Settlement Agreement & Release

Dated: June 17, 2026
New York, New York

Respectfully Submitted

*Zachary Naidich*

Zachary Naidich
NAIDICH LAW
137 5th Ave, 9th Fl.
New York, NY 10010